JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Quality Imaging Products Inc., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>ISP Services, <br><br>　　　　Defendants. | CASE NO. SACV 07-763-JVS(FMOx) <br><br>ORDER OF DISMISSAL FOR <br>LACK OF PROSECUTION |

　　The Court having issued an Order to Show Cause on <u>　April 17, 2008　</u> as to why this action should not be dismissed for lack of prosecution, with a response due on <u>May 7, 2008</u>, and no response having been made, IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: June 30, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　　　United States District Judge